# ELECTRONIC RECORD

**833-15**

COA #   03-12-00474-CR          OFFENSE:   19.03

STYLE:  Christina Lyons v. The State of Texas          COUNTY:   Hays

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   22nd District Court

DATE: 2/26/15          Publish: NO   TC CASE #:   CR-11-0101

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Christina Lyons v. The State of Texas          CCA #: _____ **833-15**

_____ *APPELLANT'S* ___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSE _____          JUDGE: _____

DATE: ___ 11/04/2015 _____          SIGNED: _____          PC: _____

JUDGE: ___ Per Curiam _____          PUBLISH: _____          DNP: _____

JOHNSON + ALCALA WOULD Grant

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**